D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARC JASMIN,

              Plaintiff,

    -against-

NASSAU COUNTY SHERIFF DEPARTMENT,
SHERIFF SPOSATO, individually and in his
official capacity as Sheriff, JOHN DOE,
Superintendent of the Nassau County Jail,

              Defendants.
------------------------------------------------------------X

ORDER
14-CV-1672 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 17 2014 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

Pursuant to the Court's May 20, 2013 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, *Reid, et al. v. Nassau County Sheriff's Department, et al.*, 13-CV-1192 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S.Ct. 917, 8 L.Ed.2d 21 (1962).

The Clerk of Court is directed to mail a copy of this Order and the Order of Consolidation to the *pro se* plaintiff at his last known address.

Dated:    June 17, 2014
             Central Islip, New York

SO ORDERED.

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
United States District Judge